IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC LEE BROWN #216794, : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 16-00597-KD-MU |
| : | |
| JOHN ROBERT FOUNTAIN, *et al.*, : | |
| Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 13, 2017 is **ADOPTED** as the opinion of this Court as follows: the custody claim against defendant Stewart is **DISMISSED with prejudice**, and all other claims are **DISMISSED without prejudice.**

**DONE** and **ORDERED** this the **8th** day of **August 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**